Court of Appeals
 Sixth Appellate District of Texas
 
 
 JUDGMENT
 
 
 
In Re: Jonathan Trujillo
No. 06-13-00167-CR

 Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the relator's motion to dismiss the petition for writ of mandamus should be granted. Therefore, we dismiss the petition.

RENDERED AUGUST 8, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk